Christina Sosa, Esq. SBN 280048
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
Fax: (888) 422-5191
christina@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARK POTTER | Case No. **'13 CV 2272 LAB NLS** |
|---|---|
| Plaintiff, | |
| v. | Complaint for Damages and Injunctive Relief Pursuant to: |
| CHEX SYSTEMS, INC. and DOES 1 TO 100 | 1) The Fair Credit Reporting Act, 15 USC §1681 et seq. |
| Defendants. | Demand For Jury |

Plaintiff Mark Potter (hereinafter "Plaintiff") hereby complains and alleges as follows:

## I. INTRODUCTION

1. This action is brought by an individual consumer on behalf of himself for Defendant CHEX SYSTEMS, INC.'s violations of the Fair Credit Reporting Act, 15 USC §1681 et seq. ("FCRA"), which requires credit reporting agencies to: (1) implement and follow reasonable procedures to assure maximum possible accuracy; (2) reasonably investigate disputed information; (3) remove or correct inaccurate information; and (4) certify the accuracy of deleted with the furnisher of said information prior to reinserting it.

2. Plaintiff notified Defendant of an error in his credit report in five letters sent between November 2012 and July 2013. Plaintiff repeatedly communicated with the furnisher of the information, who assured him the information was

1

Complaint

inaccurate. Plaintiff repeatedly and in great detail explained the error to Defendant the information received from the furnisher of the information, beseeched Defendant to contact a number of individuals employed by the furnisher to confirm the inaccuracies, and sought further information about the process of verification Defendant claimed it employed. In response, Defendant merely sent one form letter after another, instructing Plaintiff to call a number that: (1) did not exist in the state described by Defendant, and (2) Plaintiff had already called and verified that indeed the information on the report produced by Defendant is inaccurate. As a result of this inaccuracy, Plaintiff has been unable to create another banking relationship and obtain personal credit.

## II. PARTIES

3.  Plaintiff Mark Potter is a natural person who resided in San Diego County, California at all relevant times.

4.  Defendant CHEX SYSTEMS. INC. is a Minnesota corporation that regularly conducts business in San Diego County and has a designated agent for service of process located in Los Angeles, CA. ChexSystems is a consumer reporting agency that provides account verification services to banks and financial institutions nationwide.

## III. JURISDICTION & VENUE

5.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343(a)(3) & (a)(4) for violations of the Fair Credit Reporting Act, 15 U.S.C.A. §1681, et seq.

6.  Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) and is founded on the fact that a substantial part of the events or omissions giving rise to the

Complaint

claim occurred in this district and that Plaintiffs' cause of action arose in this district.

### IV. FAIR CREDIT REPORTING ACT, 15 U.S.C.A. §1681, ET SEQ.

7. Congress enacted the Fair Credit Reporting Act, "FCRA," in 1970 to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

8. The FCRA seeks to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information.

9. Under the FCRA, consumer reporting agency must follow reasonable procedures to ensure the accuracy of the information reported, and, upon being notified of a dispute regarding the accuracy of information, must meet several enumerated requirements in investigating and correcting inaccurate information

### V. FACTS

10. Mark Potter is a natural person, a San Diego County resident, and a consumer within the meaning of 15 U.S.C. § 1681a(c).

11. Mr. Potter is and has been a continuous U.S. Bank Corporation customer for over a decade.

12. Mr. Potter maintained a personal checking account ending 1701 at U.S. Bank Corporation (hereinafter "Account").

13. In or around October 2010 this account became overdrawn and was subsequently closed.

Complaint

14. Immediately upon learning about the closure of Account ending 1701, Mr. Potter paid the overdraft amount of approximately $577.61.

15. Mr. Potter maintained other accounts with U.S. Bank Corporation through the entire period the account ending 1701 was overdrawn.

16. Defendant CHEX SYSTEMS. INC. is a Minnesota corporation that provides account verification services to banks and financial institutions nationwide, and is a consumer reporting agency within the meaning of 15 U.S.C. § 1681a(f).

17. On or around November 2012, Mr. Potter became aware that Defendant produced a consumer report to be used for a purpose enumerated under 15 U.S.C. § 1681b which reported that the Account had been reported for "Account Abuse".

18. Mr. Potter wrote a letter on or about November 26, 2012 noting that this information is inaccurate and requesting it be deleted.

19. Attached as Exhibit 1 is a true and correct copy of the letter described in the preceding paragraph.

20. On December 1, 2012, Defendant responded with a letter, explaining to Mr. Potter that the Account entry did not reflect an outstanding debt.

21. Attached as Exhibit 2 is a true and correct copy of the letter described in the preceding paragraph.

22. Plaintiff is informed and believes that Exhibit 2 is a form letter the substance of which was not changed to fit the circumstances of Plaintiff's concern.

23. Mr. Potter wrote a letter to Defendant on or about February 19, 2013

24. Attached as Exhibit 3 is a true and correct copy of the letter described in the preceding paragraph.

25. Mr. Potter wrote the February 19, 2013 letter after speaking to U.S Bank Corporation about the Account.

Complaint

26. In February 19, 2013 letter Mr. Potter requested all mention of the Account be removed from the credit report produced by Defendant and information provided about the verification process.

27. On February 27, 2013, three months after Plaintiff's original dispute letter, Defendant sent a letter indicating that it would determine "[i]f an investigation [was] necessary."

28. Attached as Exhibit 4 is a true and correct copy of the letter described in the preceding paragraph.

29. On March 3, 2013, Defendant sent a letter indicating that an investigation had been completed and the information about the Account had been verified.

30. Attached as Exhibit 5 is a true and correct copy of the letter described in the preceding paragraph.

31. On or about March 14, 2013, Mr. Potter sent a third letter to Defendant.

32. Attached as Exhibit 6 is a true and correct copy of the letter described in the preceding paragraph.

33. In March 14, 2013 letter, Mr. Potter informed Defendant that he had spoken to U.S. Bank and had been informed that U.S. Bank had asked Defendant to remove the inaccurate information and Defendant refused.

34. In the March 14, 2013 letter, Mr. Potter also requested "a detailed description of the procedure used to determine the accuracy of the disputed information."

35. On April 30, 2013, Mr. Potter received a letter from Defendant that was purportedly a follow-up to letter Defendant sent on April 26, 2013.

36. Attached as Exhibit 7 is a true and correct copy of the letter dated April 30, 2013 and described in the preceding paragraph.

37. Mr. Potter never received the April 26, 2013 letter.

Complaint

38. According to the April 30th letter, the inaccurate information regarding the Account had been deleted from the report as of April 26th due to the length of time since Mr. Potter's "original dispute" was received.

39. According to the April 30, 2013 letter, information that had previously been deleted had since been certified and re-inserted into the report.

40. On June 3, 2013, Mr. Potter sent a fourth letter to Defendant.

41. Attached as Exhibit 8 is a true and correct copy of the letter described in the preceding paragraph.

42. In the June 3, 2013 letter, Mr. Potter requested a copy of the letter dated April 26, 2013 and once again sought a detailed description of the procedure used to determine the accuracy of the disputed information.

43. On June 9, 2013, Defendant re-sent the April 30th letter, not the April 26th letter that Mr. Potter requested

44. On June 9, 2013, in a new letter, Defendant instructed Mr. Potter to dial 1-866-434-2103 and select Option 2.

45. Attached as Exhibit 9 is a true and correct copy of the letter described in the preceding paragraph.

46. None of the specific information Mr. Potter requested regarding the verification of the information was provided in the June 9, 2013 letter.

47. On July 3, 2013, Mr. Potter called the number as instructed in Defendant's June 9 letter.

48. There was and is no opportunity to select "Option 2" or any other "option" when calling 866-434-2103.

49. 866-434-2103 is the phone number for a US Bank collections department.

50. 866-434-2103 is a phone number to a department for collecting past due debts of US Bank not for resolving inaccurate information reported to Chex Systems, Inc..

Complaint

51. 866-434-2103 is not the correct number to call to resolve a dispute over information reported to Chex Systems, Inc.

52. Defendant Chex Systems, Inc. knew, or should have known calling 866-434-2103 was not the number for Mr. Potter to call to resolve the issue of inaccurate reporting when it sent Exhibit 8 to Mr. Potter.

53. When Mr. Potter called 866-434-2103 the US Bank employee told Mr. Potter that this number is to a collections department, the department collects outstanding debts, and no one in that department has any authority to resolve disputes regarding information reported to Chex Systems, Inc.

54. On July 3, 2013, Mr. Potter sent a letter to Defendant describing his phone call to 866-434-2103, providing the name and phone number of a U.S. Bank representative who would confirm there had been an error, and once again pleading with Defendant to simply speak to the furnisher of the information.

55. Attached as Exhibit 10 is a true and correct copy of the letter described in the preceding paragraph.

56. On July 15, 2013, Defendant sent a letter virtually identical to its June 9th letter.

57. Attached as Exhibit 11 is a true and correct copy of the letter described in the preceding paragraph.

58. Plaintiff is informed and believes that Exhibit 11 is a form letter the substance of which was not changed to fit the circumstances of Plaintiff's concern.

59. The July 15, 2013 letter once again instructed Mr. Potter to call 1-866-434-2103 and select Option 2.

60. The July 15, 2013 letter did not address Mr. Potter's previous call to that exact phone number.

Complaint

61. As a result of Defendant's failure to correct the inaccurate information, Mr. Potter has been denied credit and the ability to create additional banking relationships.

62. Plaintiff is informed and believes that Chex Systems, Inc. did not initiate any phone call to US Bank to verify the accuracy of the information it reported about Plaintiff.

63. Plaintiff is informed and believes that Chex Systems, Inc. received a phone call from a US Bank employee who requested Chex Systems remove "account abuse" language from their reporting about Plaintiff.

## VI. CAUSES OF ACTION

### FIRST COUNT
### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT,
### 15 U.S.C.A. §1681, ET SEQ.

64. Plaintiff re-alleges and incorporates by reference the above paragraphs as though set forth fully herein.

65. Defendant's violations of the FCRA include, but are not limited to, the following:

    a. Defendants violated 15 U.S.C. §1681e(b) by failing to adopt, implement, and/or follow procedures to assure maximum possible accuracy of the consumer reports;

    b. Defendants violated 15 U.S.C. §1681i(a)(1)(A) by failing to conduct a reasonable investigation of the inaccurate information within 30 days of the receipt of the consumer's dispute notification;

    c. Defendants violated 15 U.S.C. §1681i(a)(5)(A) by failing to delete the inaccurate information; and

Complaint

      d.  Defendants violated 15 U.S.C. §1681i(a)(5)(B)(i) by failing certify the information prior to reinserting it into the credit report.

66. Chex Systems, Inc. should have removed "account abuse" from Mr. Potter's Chex Systems' report.

67. Chex Systems, Inc. did not verify information to support a reporting of account abuse for Mr. Potter's account

68. As a result of Defendant's violations of the FCRA, Plaintiff is entitled to actual damages, punitive damages, costs, injunctive relief, and attorney's fees.

**SECOND COUNT**

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT,**

**15 U.S.C.A. §1681, ET SEQ.**

69. Plaintiff re-alleges and incorporates by reference the above paragraphs as though set forth fully herein.

70. Defendant's violations of the FCRA include, but are not limited to, the following:

      a. Defendants violated 15 U.S.C. §1681e(b) by failing to adopt, implement, and/or follow procedures to assure maximum possible accuracy of the consumer reports;

      b. Defendants violated 15 U.S.C. §1681i(a)(1)(A) by failing to conduct a reasonable investigation of the inaccurate information within 30 days of the receipt of the consumer's dispute notification;

      c. Defendants violated 15 U.S.C. §1681i(a)(5)(A) by failing to delete the inaccurate information; and

Complaint

1         d. Defendants violated 15 U.S.C. §1681i(a)(5)(B)(i) by failing

2               certify the information prior to reinserting it into the credit

3               report.

4 71. Chex Systems, Inc. should have removed "account abuse" from Mr. Potter's

5      Chex Systems' report.

6 72. Chex Systems, Inc. did not verify information to support a reporting of

7      account abuse for Mr. Potter's account.

8 73. As a result of Defendant's violations of the FCRA, Plaintiff is entitled to

9      actual damages, costs, injunctive relief, and attorney's fees.

10

11                     **VII. PRAYERS FOR RELIEF**

12 WHEREFORE, Plaintiff respectfully prays that judgment be entered against

13 Defendant for the following:

14     1. Actual and punitive damages and reasonable attorney's fees and costs

15        pursuant to 15 U.S.C.A. § 1681n and 1681o.

16     2. General, special, and punitive damages according to proof.

17     3. Any other relief the Court may deem just and proper.

18

19

20 Dated: September 12, 2103           By:_____

21                         Christina Sosa, Esq.
                         Attorney for Plaintiff

22

23 DEMAND FOR JURY TRIAL

24

25 Plaintiffs hereby demand a jury for all claims for which a jury is permitted.

26

27 Dated: September 12, 2013           By:_____

28                        Christina Sosa, Esq.
                       Attorneys for Plaintiff

Complaint

<u>**EXHIBIT 1**</u>

Mark Potter

9845 Erma Road, #300

San Diego, CA 92131

November 26, 2012

Consumer Relations

7805 Hudson Rd., Suite 100

Woodbury, MN 55125

Re:  Consumer ID: 24090819

Mark Potter

SS # 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

DOB 2-2-67

To whom it may concern:

I'm writing to dispute the following inaccurate information on your report for my credit:

U.S. Bank Corporation, account ending in 1701, has reported Account Abuse. Any amounts owed have been paid in full and settled in full. Please delete.

Sincerely,

Mark Potter

**<u>EXHIBIT 2</u>**

B3347180

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

December 1, 2012

360
MARK POTTER DEE
9845 ERMA RD APT 300
SAN DIEGO, CA  92131

RE:  Consumer ID 24090819 for Mark Dee Potter

Dear Mark Dee Potter:

This letter is in response to your communication regarding information contained in ChexSystems files.

Please be informed that the reported information in your consumer file at ChexSystems does not reflect an outstanding debt.   However, the report has been updated at the request of the source of the information to indicate that the account has been paid in full or settled in full.

In addition, the original charge off amount associated with the reported information submitted by US Bank Corporation is not an indication of an outstanding debt.   The Original Charge Off Amount represents the amount reported by the source as the loss they experienced related to the reported account.   May we suggest that you contact the source of the information directly should you have any additional questions.

Enclosed is a copy of the information currently contained in your consumer file at ChexSystems.   This report is based on the identifiers you have provided to us.

Reported information listed on ChexSystems' files pertains to accounts reported for mishandling, closed for cause, and/or suspected fraud activity.   This information is submitted directly to ChexSystems by members of our service, which consist mainly of financial institutions.   Our current practice is to retain reported information on file for a period of five years unless the reporting member requests its removal or ChexSystems becomes obligated to remove it under applicable law.   The reporting member institution is under no obligation to remove accurate information, even after payment of monies owed.   However, the member is obligated to update the report with a paid in full or settled in full date when applicable.

If you dispute the completeness or accuracy of the information in the enclosed report, you have the right to submit a dispute directly to the source of the information.   However, if you prefer ChexSystems will be happy to contact the source on your behalf to initiate the investigation.   You may submit your dispute by writing to the address listed above in our letterhead or by fax at (602) 659-2197.   Please provide the specific nature of your dispute as well as a description of the item being disputed, making sure to include your signature.   Under normal circumstances, ChexSystems will notify you of the results of the investigation within approximately thirty days (twenty one days for residents of Maine).

You may be entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.   If you chose to include personal information, such as medical data, in the content of your consumer statement, that information will not be masked or removed and will be included in the delivery of your consumer report to any party inquiring about you.



Reply ID: 13347180-302928

000001 of 000008                         000372                    1

**This report was prepared for MARK DEE POTTER**

| Consumer ID:   24090819 for MARK DEE POTTER |
| --- |
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Personal Information |
| --- |
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/02/1967

Names:
MARK DEE POTTER

MARK D POTTER

Addresses:
100 E SAN MARCOS BLVD APT 400
SAN MARCOS, CA 92069

9845 ERMA RD APT 300
SAN DIEGO, CA 92131

9845 ERMA RD STE 300
SAN DIEGO, CA 92131-1084



| Retail Information |
|---|
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
|---|
| History of Checks Ordered refers to a record of check orders placed within the past three years. |

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10121
Date Order Shipped : 01/24/2012
Source of Information : DELUXE CORPORATION
                                3680 VICTORIA STREET
                                ST. PAUL, MN 55126
                                Telephone Number Not Available

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10001
Date Order Shipped : 09/26/2011
Source of Information : DELUXE CORPORATION
                                3680 VICTORIA STREET
                                ST. PAUL, MN 55126
                                Telephone Number Not Available

| Social Security Number Validation |
|---|
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0336   BECAME AVAILABLE FOR ISSUANCE IN 1980 IN CA

| ChexSystems Contact Information |
|---|

To obtain answers to the most frequently asked questions, please visit our website at www.consumerdebit.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.



# *ChexSystems*®

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington D.C. 20580.*

## A Summary of Your Rights Under the Federal Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to  www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers of credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on.  You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688). You may opt-out with Chex Systems, Inc. at 1-877-OPTOUT 5 (1-877-678-6885).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit  www.ftc.gov/credit.



**<u>EXHIBIT 3</u>**

Mark Potter

9845 Erma Road, #300

San Diego, CA 92131

February 19, 2013

Consumer Relations

7805 Hudson Rd., Suite 100

Woodbury, MN 55125

Re:  Consumer ID: 24090819

Mark Potter

SS # 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

DOB 2-2-67

To whom it may concern:

I have spoken with US Bank and they informed me that there should be no report of any kind with your agency.  Please remove all mention of any account with US Bank from my file.  I have complained about this to you before and you seem insistent on keeping this false information on my file.  If you claim to again "verify" this information, please tell me who "verified" this information from US Bank so I can take it up with them again.  Otherwise I'm left with dealing with you.

Thank you,

Mark Potter

**EXHIBIT 4**



Consumer Relations
Woodbury, MN 55125
800.513.7125

B3508339

February 27, 2013

1217

MARK POTTER DEE
9845 ERMA RD APT 300
SAN DIEGO, CA  92131

RE:   Consumer ID 24090819 for MARK DEE POTTER

Dear MARK DEE POTTER:

This letter is in response to your communication regarding information contained in ChexSystems files.

Please be informed that your file has been forwarded to the appropriate personnel for handling.   If an investigation is necessary, we will contact the source of the information to request that they verify the accuracy of the information they submitted to us.

Under normal circumstances, ChexSystems will notify you of the results of the investigation within approximately thirty days (twenty one days for residents of Maine). However, if additional information and/or documentation is provided by you during the course of the investigation, the time frame will be extended by up to 15 days to allow the source sufficient time for review.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.



**ChexSystems**®

*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.*

**A Summary of Your Rights Under the Federal Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau,** *1700 G Street N.W., Washington D.C. 20552.*

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, Savings associations, or credit unions also should list, in addition to the CFPB. | a. Consumer Financial Protection Bureau<br>1700 G Street N.W.<br>Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>( 877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal agencies of foreign<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration Supervisor |
| 6. Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**ChexSystems^SM Notice to Consumers**

In addition to the information listed on the reverse side, if you are a resident of CA, CO, CT, MD, MA, ME, TX, or WA, additional rights may also apply to you. If you need further assistance in understanding your ChexSystems^SM consumer report, you may call 800-513-7125. In most circumstances, ChexSystems^SM does not currently require a consumer to pay a fee to obtain a consumer report.

**EXHIBIT 5**

B3514740

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

 ChexSystems

March 3, 2013

1308
MARK POTTER DEE
9845 ERMA RD APT 300
SAN DIEGO, CA  92131

RE:   Consumer ID 24090819 for Mark Dee Potter

Dear Mark Dee Potter:

This letter is to inform you that the investigation of information contained in your consumer file at ChexSystems is complete.

The disputed information submitted by U S Bank Corporation has been verified as accurate as reported, therefore it has been retained in your file. Enclosed is a copy of the information currently contained in your consumer report at ChexSystems based on the results of our investigation.

The source of the information has requested that you contact recovery department at 1-866-434-2103 to obtain additional information.

If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy of the disputed information in your file. In addition, you are entitled to request and receive the business name, address and, if reasonably available, the telephone number, of any furnisher of information contacted in connection with the investigation.

You may be entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.   If you chose to include personal information, such as medical data, in the content of your consumer statement, that information will not be masked or removed and will be included in the delivery of your consumer report to any party inquiring about you.

If, in connection with an investigation, any information has been deleted or a statement of dispute has been added to your file, you have the right to request that ChexSystems provide notification of the change.   We will notify the specific party(ies) you designate, who have received a consumer report containing the deleted or changed item within the prior twelve months.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.



Reply ID: 13514740-302129

**This report was prepared for MARK DEE POTTER**

| Consumer ID:    24090819 for MARK DEE POTTER |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Personal Information |
|---|
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/02/1967

Names:
MARK DEE POTTER

MARK D POTTER

Addresses:
100 E SAN MARCOS BLVD APT 400
SAN MARCOS, CA 92069

9845 ERMA RD APT 300
SAN DIEGO, CA 92131

9845 ERMA RD STE 300
SAN DIEGO, CA 92131-1084

| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source Of Information : U.S. BANK CORPORATION
                        PO BOX 5220
                        CINCINNATI, OH 45201
                        Telephone Number Not Available
Reported Name : MARK D POTTER
Reported Address : 9845 ERMA RD STE 300
                   SAN DIEGO, CA 92131-1084
Reported SSN/ID : XXX-XX-0336
Drivers License Number :
State of Issuance :
RTN : 121122676    Account : XXXXXXXX1701
Date Reported : 09/23/2010
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $577.61
Closure Status : PAID IN FULL
Closure Status Date : 10/12/2010

**Inquiries Initiated By Consumer Action**

Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years.

Inquirer : SAN DIEGO COUNTY CREDIT UNION
           6545 SEQUENCE DRIVE
           SAN DIEGO, CA 92121
           Telephone Number Not Available
Inquiry Date : 08/17/2012
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

Inquirer : U.S. BANK
           600 WEST BROADWAY
           SAN DIEGO, CA 92101
           Telephone Number Not Available
Inquiry Date : 02/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

**Inquiries Not Initiated By Consumer Action**

Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others.

No Information Found

**Retail Information**

Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items.

No Information Found

**History of Checks Ordered**

History of Checks Ordered refers to a record of check orders placed within the past three years.

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10121
Date Order Shipped : 01/24/2012
Source of Information : DELUXE CORPORATION
           3680 VICTORIA STREET
           ST. PAUL, MN 55126
           Telephone Number Not Available



Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10001
Date Order Shipped : 09/26/2011
Source of Information : DELUXE CORPORATION
                              3680 VICTORIA STREET
                              ST. PAUL, MN 55126
                              Telephone Number Not Available

| Social Security Number Validation |
| --- |
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0336   BECAME AVAILABLE FOR ISSUANCE IN 1980 IN CA

| ChexSystems Contact Information |
| --- |

To obtain answers to the most frequently asked questions, please visit our website at www.consumerdebit.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

| Notices |
| --- |

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute to the address or fax number listed above. Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. Under normal circumstances, ChexSystems will inform you of the results of the investigation within approximately 30 days (21 days for residents of Maine).

You may be entitled to place a statement of dispute on your consumer file. Your statement must not exceed one hundred words (200 words for residents of Maine). Your statement must not include the names of other individuals or businesses. Your statement must pertain to the information contained in your consumer file and must not contain profanity. You may submit your statement to the address or fax number listed above. Please include your Consumer ID number and specifically indicate to which item of information you wish to add your statement.

You have a right to place a fraud alert and/or security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.consumerdebit.com. If you are a current resident of AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.consumerdebit.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

**By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.**

Reply ID: 13514740-302129

*ChexSystems*®

*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.*

## A Summary of Your Rights Under the Federal Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, *1700 G Street N.W., Washington D.C. 20552.***

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a.   Consumer Financial Protection Bureau<br>1700 G Street N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, Savings associations, or credit unions also should list, in addition to the CFPB. | b.   Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>( 877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal agencies of foreign<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a.   Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b.   Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.   FDIC Consumer Response Center<br>100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.   National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration Supervisor |
| 6. Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**ChexSystems<sup>SM</sup> Notice to Consumers**

In addition to the information listed on the reverse side, if you are a resident of CA, CO, CT, MD, MA, ME, TX, or WA, additional rights may also apply to you. If you need further assistance in understanding your ChexSystems<sup>SM</sup> consumer report, you may call 800-513-7125. In most circumstances, ChexSystems<sup>SM</sup> does not currently require a consumer to pay a fee to obtain a consumer report.

**<u>EXHIBIT 6</u>**

Mark Potter

9845 Erma Road, #300

San Diego, CA 92131

Thursday, March 14, 2013

Consumer Relations

7805 Hudson Rd., Suite 100

Woodbury, MN 55125

Re:  Consumer ID: 24090819

Mark Potter

SS # 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

DOB 2-2-67

To whom it may concern:

I've communicated with US Bank regarding the information you are reporting on your service about me.  I have been told that US Bank asked you to remove it and you have refused citing a policy of yours requiring there to be proof of a mistake by the bank.  This information is damaging to me and I'm asking you once again to remove it.  This information is not accurate and falsely puts me in a negative light.  You are in violation of the Federal and CA State consumer reporting agencies acts.  I recommend you call Chris at US Bank, 619-232-6213.

I received your letter dated 3/3/13. As stated in your letter I would like you to provide me with a detailed description of the procedure used to determine the accuracy of the disputed information. I'm entitled to know the names and contact information of the business and/or person(s) who were contacted in connection with your investigation and who supposedly verified my account information as being valid.

I look forward to hearing from you soon.

Thank you,

Mark Potter

**EXHIBIT 7**

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

April 30, 2013

1229
MARK POTTER DEE
9845 ERMA RD STE 300
SAN DIEGO, CA  92131

RE: Consumer ID 24090819 for Mark Dee Potter

Dear Mark Dee Potter:

This letter is in follow up to our correspondence dated April 26, 2013. We informed you at that time that the disputed information submitted by U S Bank Corporation was deleted from your consumer file due to the length of time that had passed since your original dispute was received.

Since that time, the source of the information has certified that the information is accurate, therefore, it has been reinserted into your consumer file.

The source of the information has requested that you contact 1-866-434-2103 Opt 2 to obtain additional information.

Enclosed is a copy of the information currently contained in your consumer file at ChexSystems.   This report is based on the identifiers you have provided to us.

If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy of the disputed information in your file. In addition, you are entitled to request and receive the business name, address and, if reasonably available, the telephone number, of any furnisher of information contacted in connection with the investigation.

The information pertaining to the source of the information is listed below:

| | |
|---|---|
| Name: | U S Bank Corporation |
| Address: | 425 Walnut St 15th Floor |
| | CN-OH W-15 |
| | Cincinnati  OH  45202 |
| Phone Number: | 1-866-434-2103 Opt 2 |

If you dispute the completeness or accuracy of the information in the enclosed report, you have the right to submit a dispute directly to the source of the information.   However, if you prefer ChexSystems will be happy to contact the source on your behalf to initiate the investigation.   You may submit your dispute by writing to the address listed above in our letterhead or by fax at (602) 659-2197.   Please provide the specific nature of your dispute as well as a description of the item being disputed, making sure to include your signature.   Under normal circumstances, ChexSystems will notify you of the results of the investigation within approximately thirty days (twenty one days for residents of Maine).

You may be entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.   If you chose to include personal information, such as medical data, in the content of your consumer statement, that information will not be masked or removed and will be included in the delivery of your consumer report to any party inquiring about you.



Reply ID: 13625697-302525

If, in connection with an investigation, any information has been deleted or a statement of dispute has been added to your file, you have the right to request that ChexSystems provide notification of the change.   We will notify the specific party(ies) you designate, who have received a consumer report containing the deleted or changed item within the prior twelve months.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.

Reply ID: 13625697-302525

**This report was prepared for MARK DEE POTTER**

| Consumer ID:    24090819 for MARK DEE POTTER |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Personal Information |
|---|
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/02/1967

Names:
MARK DEE POTTER

MARK D POTTER

Addresses:
100 E SAN MARCOS BLVD APT 400
SAN MARCOS, CA 92069

9845 ERMA RD STE 300
SAN DIEGO, CA 92131-1084

| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source Of Information : U.S. BANK CORPORATION
                        PO BOX 5220
                        CINCINNATI, OH 45201
                        Telephone Number Not Available
Reported Name : MARK D POTTER
Reported Address : 9845 ERMA RD STE 300
                   SAN DIEGO, CA 92131-1084
Reported SSN/ID : XXX-XX-0336
Drivers License Number :
State of Issuance :
RTN : 121122676    Account : XXXXXXXX1701
Date Reported : 09/23/2010
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $577.61
Closure Status : PAID IN FULL
Closure Status Date : 10/12/2010



Reply ID: 13625697-302525

| Inquiries Initiated By Consumer Action |
| --- |
| Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years. |

Inquirer : SAN DIEGO COUNTY CREDIT UNION
          6545 SEQUENCE DRIVE
          SAN DIEGO, CA 92121
          Telephone Number Not Available
Inquiry Date : 08/17/2012
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

Inquirer : U.S. BANK
          600 WEST BROADWAY
          SAN DIEGO, CA 92101
          Telephone Number Not Available
Inquiry Date : 02/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

| Inquiries Not Initiated By Consumer Action |
| --- |
| Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others. |

No Information Found

| Retail Information |
| --- |
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
| --- |
| History of Checks Ordered refers to a record of check orders placed within the past three years. |

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10121
Date Order Shipped : 01/24/2012
Source of Information : DELUXE CORPORATION
                       3680 VICTORIA STREET
                       ST. PAUL, MN 55126
                       Telephone Number Not Available

Reply ID: 13625697-302525

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10001
Date Order Shipped : 09/26/2011
Source of Information : DELUXE CORPORATION
                        3680 VICTORIA STREET
                        ST. PAUL, MN 55126
                        Telephone Number Not Available

| Social Security Number Validation |
| --- |
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0336   BECAME AVAILABLE FOR ISSUANCE IN 1980 IN CA

| ChexSystems Contact Information |
| --- |

To obtain answers to the most frequently asked questions, please visit our website at www.consumerdebit.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

| Notices |
| --- |

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute to the address or fax number listed above. Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. Under normal circumstances, ChexSystems will inform you of the results of the investigation within approximately 30 days (21 days for residents of Maine).

You may be entitled to place a statement of dispute on your consumer file. Your statement must not exceed one hundred words (200 words for residents of Maine). Your statement must not include the names of other individuals or businesses. Your statement must pertain to the information contained in your consumer file and must not contain profanity. You may submit your statement to the address or fax number listed above. Please include your Consumer ID number and specifically indicate to which item of information you wish to add your statement.

You may have a right to place a fraud alert and/or security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.consumerdebit.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.consumerdebit.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

**By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.**



*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.*

**A Summary of Your Rights Under the Federal Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB. | a.   Consumer Financial Protection Bureau<br>1700 G Street N.W.<br>Washington, DC 20552<br><br>b.   Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>( 877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal agencies of foreign<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a.   Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b.   Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.   FDIC Consumer Response Center<br>100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.   National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration Supervisor |
| 6. Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**ChexSystems^SM Notice to Consumers**

In addition to the information listed on the reverse side, if you are a resident of CA, CO, CT, MD, MA, ME, TX, or WA, additional rights may also apply to you. If you need further assistance in understanding your ChexSystems^SM consumer report, you may call 800-513-7125. In most circumstances, ChexSystems^SM does not currently require a consumer to pay a fee to obtain a consumer report.

**EXHIBIT 8**

Mark Potter
9845 Erma Road, #300
San Diego, CA 92131

Monday, June 03, 2013

Consumer Relations
7805 Hudson Rd., Suite 100
Woodbury, MN 55125
Fax: (602) 659-2197

Re:  Consumer ID: 24090819
     Mark Potter
     SS # 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
     DOB 2-2-67

To whom it may concern:

On March 14, 2013, I wrote your organization and requested "a detailed description of the procedure used to determine the accuracy of the disputed information." As I noted in that letter, I am "entitled to know the names and contact information of the business and/or person(s) who were contacted in connection with your investigation and who supposedly verified my account information as being valid."

In response to this request, your organization apparently sent two letters. The letter dated April 26, 2013 and referenced in the April 30, 2013 letter was not received. Please re-send the April 26, 2013 letter via fax to (888) 422-5191 immediately. As to the April 30, 2013 letter, no description of the procedure used to determine the accuracy of the disputed information was included. **Please describe in detail the procedure used to determine the accuracy of the disputed information.** This is my second request. Merely providing a phone number with no indication of how the debt verified or who was consulted is insufficient.

At this time I also request a copy of my entire file.

Please note once again that I have spoken with U.S. Bank Corporation on numerous occasions and have been assured the information you are reporting is incorrect. This is beyond ridiculous.

In summary, please provide the following:
1) A copy of the letter from ChexSystems dated April 26, 2013
2) A **detailed** description of the procedure used to determine the accuracy of the disputed information

Page **1** of 2

3)   My entire file, as defined under 15 USCA § 1681a(g)

I look forward to the speedy resolution of this matter.


Thank you,

Mark Potter

**<u>EXHIBIT 9</u>**

B3695082

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

June 9, 2013

905
MARK DEE POTTER
9845 ERMA RD STE 300
SAN DIEGO, CA  92131

RE: Consumer ID 24090819 for Mark Dee Potter

Dear Mark Dee Potter:

This letter is in response to your recent communication and request to re-send the letter dated April 30, 2013. Therefore, as per your request we have enclosed the letter dated April 30, 2013 that was sent to you earlier for your reference.

Since that time, the source of the information has certified that the information is accurate, therefore, it has been reinserted into your consumer file.

The source of the information has requested that you contact 1-866-434-2103 Opt 2 to obtain additional information.

Enclosed is a copy of the information currently contained in your consumer file at ChexSystems.   This report is based on the identifiers you have provided to us.

The procedure used is outlined as follows:

Upon receipt of your dispute, ChexSystems contacted U S Bank Corporation to provide notice of your dispute.   In addition to our review and consideration of all relevant information provided by you during the investigation, we also provided the information to the party(ies) listed above, and we requested that they conduct an investigation with respect to your dispute.   Such party(ies) then reported the results of their investigation to ChexSystems.

The information pertaining to the source of the information is listed below:

|  |  |
|---|---|
| Name: | U S Bank Corporation |
| Address: | 425 Walnut St 15th Floor |
|  | CN-OH W-15 |
|  | Cincinnati  OH  45202 |
| Phone Number: | 1-866-434-2103 Opt 2 |

If you dispute the completeness or accuracy of the information in the enclosed report, you have the right to submit a dispute directly to the source of the information.   However, if you prefer ChexSystems will be happy to contact the source on your behalf to initiate the investigation.   You may submit your dispute by writing to the address listed above in our letterhead or by fax at (602) 659-2197.   Please provide the specific nature of your dispute as well as a description of the item being disputed, making sure to include your signature.   Under normal circumstances, ChexSystems will notify you of the results of the investigation within approximately thirty days (twenty one days for residents of Maine).

You may be entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.   If you chose to include personal information, such as medical data, in the content of your consumer statement, that information will not be masked or removed and will be included in the delivery of your consumer report to any party inquiring about you.



Reply ID: 13695082-302137

If, in connection with an investigation, any information has been deleted or a statement of dispute has been added to your file, you have the right to request that ChexSystems provide notification of the change.   We will notify the specific party(ies) you designate, who have received a consumer report containing the deleted or changed item within the prior twelve months.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.

**This report was prepared for MARK DEE POTTER**

| Consumer ID:   24090819 for MARK DEE POTTER |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Personal Information |
|---|
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/02/1967

Names:
MARK DEE POTTER

MARK D POTTER

Addresses:
100 E SAN MARCOS BLVD APT 400
SAN MARCOS, CA 92069

9845 ERMA RD STE 300
SAN DIEGO, CA 92131-1084



| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source Of Information : U.S. BANK CORPORATION
                        PO BOX 5220
                        CINCINNATI, OH 45201
                        Telephone Number Not Available
Reported Name : MARK D POTTER
Reported Address : 9845 ERMA RD STE 300
                   SAN DIEGO, CA 92131-1084
Reported SSN/ID : XXX-XX-0336
Drivers License Number :
State of Issuance :
RTN : 121122676    Account : XXXXXXXX1701
Date Reported : 09/23/2010
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $577.61
Closure Status : PAID IN FULL
Closure Status Date : 10/12/2010

| Inquiries Initiated By Consumer Action |
|---|
| Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years. |

Inquirer : U.S. BANK
           600 WEST BROADWAY
           SAN DIEGO, CA 92101
           Telephone Number Not Available
Inquiry Date : 02/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

Inquirer : SAN DIEGO COUNTY CREDIT UNION
           6545 SEQUENCE DRIVE
           SAN DIEGO, CA 92121
           Telephone Number Not Available
Inquiry Date : 08/17/2012
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

| Inquiries Not Initiated By Consumer Action |
|---|
| Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others. |

Inquirer : U.S. BANK
           600 WEST BROADWAY
           SAN DIEGO, CA 92101
           Telephone Number Not Available
Inquiry Date : 05/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

| Retail Information |
|---|
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
|---|
| History of Checks Ordered refers to a record of check orders placed within the past three years. |

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10121
Date Order Shipped : 01/24/2012
Source of Information : DELUXE CORPORATION
           3680 VICTORIA STREET
           ST. PAUL, MN 55126
           Telephone Number Not Available

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10001
Date Order Shipped : 09/26/2011
Source of Information : DELUXE CORPORATION
           3680 VICTORIA STREET
           ST. PAUL, MN 55126
           Telephone Number Not Available



| Social Security Number Validation |
|---|
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0336   BECAME AVAILABLE FOR ISSUANCE IN 1980 IN CA

| ChexSystems Contact Information |
|---|

To obtain answers to the most frequently asked questions, please visit our website at www.consumerdebit.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

| Notices |
|---|

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute to the address or fax number listed above. Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. Under normal circumstances, ChexSystems will inform you of the results of the investigation within approximately 30 days (21 days for residents of Maine).

You may be entitled to place a statement of dispute on your consumer file. Your statement must not exceed one hundred words (200 words for residents of Maine). Your statement must not include the names of other individuals or businesses. Your statement must pertain to the information contained in your consumer file and must not contain profanity. You may submit your statement to the address or fax number listed above. Please include your Consumer ID number and specifically indicate to which item of information you wish to add your statement.

You may have a right to place a fraud alert and/or security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.consumerdebit.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.consumerdebit.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

**By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.**

**ChexSystems**®

*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.*

### A Summary of Your Rights Under the Federal Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a.   Consumer Financial Protection Bureau<br>1700 G Street N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, Savings associations, or credit unions also should list, in addition to the CFPB. | b.   Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>( 877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a.  National banks, federal savings associations, and  federal agencies of foreign<br><br>b.  State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act<br><br>c.  Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.  Federal Credit Unions | a.    Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b.    Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.    FDIC Consumer Response Center<br>100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.    National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration Supervisor |
| 6. Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**ChexSystems℠ Notice to Consumers**

In addition to the information listed on the reverse side, if you are a resident of CA, CO, CT, MD, MA, ME, TX, or WA, additional rights may also apply to you. If you need further assistance in understanding your ChexSystems℠ consumer report, you may call 800-513-7125.  In most circumstances, ChexSystems℠ does not currently require a consumer to pay a fee to obtain a consumer report.

**EXHIBIT 10**

Mark Potter
9845 Erma Road, #300
San Diego, CA 92131


Wednesday, July 03, 2013


Consumer Relations
7805 Hudson Rd., Suite 100
Woodbury, MN 55125
Fax: (602) 659-2197

Re:  Consumer ID: 24090819
        Mark Potter
        SS # 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
        DOB 2-2-67

Consumer Relations:


On July 3, 2013 I called 866-434-2103 as instructed in your June 9 letter.  There is no "option" so I was unable to select "option 2" as you advised.  I talked to Judy.  Judy explained her department is for collections of money owed US Bank, and she confirmed I do not owe US Bank any money.  She explained neither she or anyone in her department has the ability to change anything reported to ChexSystems other than that I'm paid in full.  She said she'd make sure I was reported as paid in full and it would take 3-5 days to take effect.  I am concerned about the language regarding "account abuse."


I talk to Chris at my branch at 619-232-6213 to get this sorted out.  Chris told me he called ChexSystems to get this false negative information off my report and told me Chexsystems refused to remove it.  I've called the number at which you claim you "verified" the info, but Judy at that department doesn't know what you are talking about.  Either you are unwilling to have an actual human deal with this and actually try to verify the specific  information, or you are acting maliciously.  Your computers will "verify" I bank with US Bank as I have many accounts with them.  They will verify I have had an account closed.  But you need to verify the actual information I'm disputing.  I'm disputing that it is accurate to have words

anything like "account abuse" related to me.  I'm doing all I can to get this resolved.  Please give this matter human attention.  Call the number you suggested I call.  Call my branch. Don't just have your robot talk to their robot.


And, please send me my current ChexSystem report.


Thank you,

Mark Potter

**EXHIBIT 11**

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

13753342

July 15, 2013

1123
MARK DEE POTTER
9845 ERMA RD STE 300
SAN DIEGO, CA  92131

RE:   Consumer ID 24090819 for MARK DEE POTTER

Dear MARK DEE POTTER:

This letter is to inform you that the investigation of information contained in your consumer file at ChexSystems is complete.

The disputed information submitted by US Bank Corporation has been verified as accurate as reported, therefore it has been retained in your file. Enclosed is a copy of the information currently contained in your consumer report at ChexSystems based on the results of our investigation.

The source of the information has requested that you contact 1-866-434-2103 Opt 2 to obtain additional information.

If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy of the disputed information in your file. In addition, you are entitled to request and receive the business name, address and, if reasonably available, the telephone number, of any furnisher of information contacted in connection with the investigation.

You may be entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.   If you chose to include personal information, such as medical data, in the content of your consumer statement, that information will not be masked or removed and will be included in the delivery of your consumer report to any party inquiring about you.

If, in connection with an investigation, any information has been deleted or a statement of dispute has been added to your file, you have the right to request that ChexSystems provide notification of the change.   We will notify the specific party(ies) you designate, who have received a consumer report containing the deleted or changed item within the prior twelve months.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.



Reply ID: 13753342-302270

**This report was prepared for MARK DEE POTTER**

| Consumer ID:    24090819 for MARK DEE POTTER |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Personal Information |
|---|
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/02/1967

Names:
MARK DEE POTTER

MARK D POTTER

Addresses:
100 E SAN MARCOS BLVD APT 400
SAN MARCOS, CA 92069

9845 ERMA RD STE 300
SAN DIEGO, CA 92131-1084

| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source Of Information : U.S. BANK CORPORATION
                        PO BOX 5220
                        CINCINNATI, OH 45201
                        Telephone Number Not Available
Reported Name : MARK D POTTER
Reported Address : 9845 ERMA RD STE 300
                        SAN DIEGO, CA 92131-1084
Reported SSN/ID : XXX-XX-0336
Drivers License Number :
State of Issuance :
RTN : 121122676     Account : XXXXXXXX1701
Date Reported : 09/23/2010
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $577.61
Closure Status : PAID IN FULL
Closure Status Date : 10/12/2010

| Inquiries Initiated By Consumer Action |
| --- |
| Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years. |

Inquirer : SAN DIEGO COUNTY CREDIT UNION
            6545 SEQUENCE DRIVE
            SAN DIEGO, CA 92121
            Telephone Number Not Available
Inquiry Date : 08/17/2012
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

Inquirer : U.S. BANK
            600 WEST BROADWAY
            SAN DIEGO, CA 92101
            Telephone Number Not Available
Inquiry Date : 02/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

| Inquiries Not Initiated By Consumer Action |
| --- |
| Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others. |

Inquirer : U.S. BANK
            600 WEST BROADWAY
            SAN DIEGO, CA 92101
            Telephone Number Not Available
Inquiry Date : 05/01/2013
Name Provided : MARK D POTTER
SSN/ID Provided : XXX-XX-0336

| Retail Information |
| --- |
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
| --- |
| History of Checks Ordered refers to a record of check orders placed within the past three years. |

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10121
Date Order Shipped : 01/24/2012



Reply ID: 13753342-302270

Source of Information : DELUXE CORPORATION
3680 VICTORIA STREET
ST. PAUL, MN 55126
Telephone Number Not Available

Name : MARK D POTTER
SSN/ID :
Drivers License Number :
State of Issuance :
RTN/Account Number : 12223582/XXXXXXXXXXXXXXXX4383
Quantity Ordered : 120
Check Start Number : 10001
Date Order Shipped : 09/26/2011
Source of Information : DELUXE CORPORATION
                                  3680 VICTORIA STREET
                                  ST. PAUL, MN 55126
                                  Telephone Number Not Available

| Social Security Number Validation |
|---|
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0336   BECAME AVAILABLE FOR ISSUANCE IN 1980 IN CA

| ChexSystems Contact Information |
|---|

To obtain answers to the most frequently asked questions, please visit our website at www.consumerdebit.com. If you have questions about the information contained in this report, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

| Notices |
|---|

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute to the address or fax number listed above. Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. Under normal circumstances, ChexSystems will inform you of the results of the investigation within approximately 30 days (21 days for residents of Maine).

You may be entitled to place a statement of dispute on your consumer file. Your statement must not exceed one hundred words (200 words for residents of Maine). Your statement must not include the names of other individuals or businesses. Your statement must pertain to the information contained in your consumer file and must not contain profanity. You may submit your statement to the address or fax number listed above. Please include your Consumer ID number and specifically indicate to which item of information you wish to add your statement.

You may have a right to place a fraud alert and/or security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.consumerdebit.com. If you are a current resident of AL, AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.consumerdebit.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

**By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.**



Reply ID: 13753342-302270

**ChexSystems**®

*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington D.C. 20552.*

### A Summary of Your Rights Under the Federal Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau,** *1700 G Street N.W., Washington D.C. 20552.*

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a.   Consumer Financial Protection Bureau<br>       1700 G Street N.W.<br>       Washington, DC 20552 |
| b. Such affiliates that are not banks, Savings associations, or credit unions also should list, in addition to the CFPB. | b.   Federal Trade Commission: Consumer Response Center-FCRA<br>       Washington, DC 20580<br>       ( 877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal agencies of foreign<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a.   Office of the Comptroller of the Currency<br>       Customer Assistance Group<br>       1301 McKinney Street, Suite 3450<br>       Houston, TX 77010-9050<br><br>b.   Federal Reserve Consumer Help Center<br>       P.O. Box 1200<br>       Minneapolis, MN 55480<br><br>c.   FDIC Consumer Response Center<br>       100 Walnut Street, Box #11<br>       Kansas City, MO 64106<br><br>d.   National Credit Union Administration<br>       Office of Consumer Protection (OCP)<br>       Division of Consumer Compliance and Outreach (DCCO)<br>       1775 Duke Street<br>       Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration Supervisor |
| 6. Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**ChexSystems<sup>SM</sup> Notice to Consumers**

In addition to the information listed on the reverse side, if you are a resident of CA, CO, CT, MD, MA, ME, TX, or WA, additional rights may also apply to you. If you need further assistance in understanding your ChexSystems<sup>SM</sup> consumer report, you may call 800-513-7125.  In most circumstances, ChexSystems<sup>SM</sup> does not currently require a consumer to pay a fee to obtain a consumer report.