# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POTTER, | CASE NO. 13cv2272-LAB (NLS) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CHEX SYSTEMS, INC., | |
| Defendant. | |

On September 9, 2015, the Court gave Plaintiff leave to file a second amended complaint, directing that he do so within fourteen calendar days. If he did not do so, the order cautioned him, the action would be dismissed with prejudice.

Since then Plaintiff has not filed anything, nor sought additional time in which to do so. This action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED:  October 5, 2015

**HONORABLE LARRY ALAN BURNS**
United States District Judge

13cv2272